## STATE OF CONNECTICUT *v.* LUIS CAMACHO
### (AC 26605)

DiPentima, Harper and Hennessy, Js.

Argued October 24—officially released November 14, 2006

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* BENNIE GRAY, JR.
### (AC 26734)

Schaller, Harper and Peters, Js.

Argued October 26—officially released November 14, 2006

Per Curiam. The judgment is affirmed.

## GEORGE LINARDOS *v.* VERONICA REICH
### (AC 27197)

DiPentima, Lavine and Peters, Js.

Argued November 15—officially released December 26, 2006

Per Curiam. The judgment is affirmed.

## LUBA HILL *v.* COHEN AND WOLF, P.C.
### (AC 27005)

Schaller, Gruendel and Mihalakos, Js.

Argued November 16—officially released December 26, 2006

Per Curiam. The judgment is affirmed.